IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SHERWIN HOWARD, | : | |
| Petitioner | : | |
| VS. | : | |
| | : | NO. 3:02-CR-12(HL) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | **O R D E R** |

On or about April 18, 2005, petitioner **SHERWIN HOWARD** filed a notice of appeal (Tab # 97) and an application for certificate of appealability ("COA") (Tab # 98) from the Court's March 16, 2005 order, which adopted the Magistrate Judge's recommendation that petitioner's 28 U.S.C. § 2255 motion be denied as time-barred.

To permit the petitioner to prosecute his appeal of the judgment of this Court denying his habeas petition, this Court is required to issue a COA. 28 U.S.C. § 2253(c); *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the Magistrate Judge's recommendation and this Court's order accepting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 25th day of April, 2005.

s/ Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr